UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-20745-JAL

JOHN DININO

Plaintiff,

v.

NCL (BAHAMAS) LTD., a
Bermuda COMPANY, d/b/a
NORWEGIAN CRUISE LINE,

Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A DISCOVERY MOTION

Pursuant to United States Magistrate Judge Goodman's Discovery Procedures Order (D.E. 9 at 7-11), Plaintiff moves for leave to file a discovery motion regarding Defendants objections to Second Request for Production Nos. 11 through 51, where the issue is the applicability of the work product privilege to remote incident reports generated between June 20, 2013 and August 1, 2014, and relating to incidents which are now time-barred under the applicable one year statute of limitations. Alternatively, if the Court were to determine that the privilege is applicable, whether the passage of time of the incidents, occurring over four years ago, supports a substantial need and undue hardship to plaintiff. Currently, a discovery hearing on this issue is scheduled for Friday, October 5, 2018.

## S.D. Fla. L.R. 7.1 Certification

The undersigned conferred with opposing counsel in a good faith effort to resolve the subject motion for leave to file a discovery motion and the defendant does not object to the granting of leave to file said discovery motion, but, due to time constraints and conflicts on unrelated cases,

would respectfully ask the Court to apply the usual 14-day response time such discovery motion should leave be granted. To accommodate this issue, Plaintiff would be amenable to a reset of the current scheduled discovery hearing, as doing so in this matter would not interfere with the current fact discovery deadline of December 14, 2018, nor affect the dispositive motion date of January 28, 2019.

I HEREBY CERTIFY that on this 1st day of October 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

ROBERT L. GARDANA, P.A.
Attorneys for Plaintiff
12350 SW 132nd Court, Suite 204
Miami, FL 33186
Telephone: 305-358-0000
Facsimile: 305-358-1680
E-Mail: robert@gardanalaw.com

By: /s/ *Robert L. Gardana*
Robert L. Gardana, Esq.
Florida Bar No.: 279668

## **ATTORNEY SERVICE LIST**

United States District Court for the<br>
Southern District of Florida<br>
*John Dinino vs. NCL*<br>
Case No.: 16-CV-20745-JAL

Robert L. Gardana, Esq.
ROBERT L. GARDANA, P.A.
12350 SW 132nd Court, Suite 204
Miami, FL 33186
Telephone: (305) 358-0000
Facsimile: (305) 358-1680
robert@gardanalaw.com
staff@gardanalaw.com
*Attorneys for Plaintiff*

Todd L. Sussman, Esq.
Brett Michael Berman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: (305) 436-4377
Facsimile: (305) 468-2132
tsussman@ncl.com
bberman@ncl.com
ddeluca@ncl.com
*Attorneys for Defendant*